

Ulyana Bekker
Assistant General Counsel
636.733.3700 ext. 5941
636.787.2773 fax

FILED
2023 NOV 21 PM 1:44
CLERK
U.S. BANKRUPTCY CT
SO DIST. OF CALIF.

November 10, 2023

Clerk of Court
U.S. Bankruptcy Court
Southern District of California (San Diego)
Jacob Weinberger United States Courthouse
325 West F Street
San Diego, CA  92101

                      Re:    Ashley R. M. Ribbons
                           **Adversary Proceeding**  23-90069-CL

Dear Clerk of Court:

On behalf of the Higher Education Loan Authority of the State of Missouri ("MOHELA"), I am writing in regards to the above-referenced Adversary Proceeding.  Please see the enclosed letter sent to the debtor's attorney entered in this Adversary Proceeding.

If you have any other questions regarding this matter, please do not hesitate to contact me.

Sincerely,

Ulyana Bekker
Assistant General Counsel

UB/cm
Enclosure



Ulyana Bekker
Assistant General Counsel
636.733.3700 ext. 5941
636.787.2773 fax

November 10, 2023

FILED
2023 NOV 21  PM 1:44
CLERK
U.S. BANKRUPTCY CT
SO DIST. OF CALIF.

Scott R. Burton
North County Bankruptcy Clinic
574 S. Rancho Santa Fe Rd.
San Marcos, CA  92078

        Re:    Ashley R. M. Ribbons
               **Adversary Proceeding** 23-90069-CL

Dear Scott R. Burton:

On behalf of the Higher Education Loan Authority of the State of Missouri ("MOHELA"), I am writing in regards to the above-referenced Adversary Proceeding. The Adversary Proceeding in question pertains to the discharge of certain federal student loan(s). Please be advised that MOHELA does not own or hold any student loans on which your client, Ashley R. M. Ribbons, is the obligor. Therefore, any judgment taken against MOHELA in this proceeding would have no effect on her student loan obligations.

MOHELA's only relationship to Ashley R. M. Ribbons is that MOHELA services a federal student loan, owned by the U.S. Department of Education, on which she is the obligor. The U.S. Department of Education, as the owner and holder of the student loan(s), is the only appropriate party to this proceeding, relative to the student loan(s). Based on the foregoing, I respectfully request that you dismiss all claims against MOHELA.

If you have any other questions regarding this matter, please do not hesitate to contact me.

Sincerely,

*Ulyana Bekker*
Ulyana Bekker
Assistant General Counsel

UB/cm

cc:    Clerk of Court
       U.S. Bankruptcy Court
       Southern District of California (San Diego)
       Jacob Weinberger United States Courthouse
       325 West F Street
       San Diego, CA  92101